UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT SOUTH, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        *Defendants*.

Civil Action No. 21-0960 (GMH)

**ORDER**

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by February 14, 2022, to propose further proceedings in this matter.

Dec. 16, 2021____
Date

_____
Hon. G. Michael Harvey
United States Magistrate Judge